Terrence Little
6525 S Normandie Ave Apt 101
Los Angeles, California, 90044

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

FILED

2026 JAN 13 PM 3:27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

TERRENCE JOMAR LITTLE,

Plaintiff,

v.

MICHAEL KORS STORES (CALIFORNIA), LLC, Store #456, and DOES 1-10, inclusive,

Defendant.

CV26-350-PA (DFMx)

Case No.: _____

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION, HARASSMENT, AND CONSTRUCTIVE DISCHARGE

(Title VII of the Civil Rights Act of 1964)

# I. JURISDICTION AND VENUE

1. This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction).

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because the unlawful employment practices occurred within the Central District of California, specifically in Commerce, California.

# II. PARTIES

4. Plaintiff Terrence Jomar Little is an individual residing in the State of California and was employed by Defendant at all relevant times.

5. Defendant Michael Kors Stores, Store #456, is a business entity operating at 100 Citadel Drive, Commerce, California, and was Plaintiff's employer within the meaning of Title VII.

6. Defendants DOES 1–10 are individuals whose true names and capacities are currently unknown to Plaintiff but who participated in or contributed to the unlawful conduct alleged herein.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

7. Plaintiff timely filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC), Charge No. 480-2025-00534.

8. On or about 11/24/2025, the Equal Employment Opportunity Commission issued Plaintiff a Notice of Right to Sue. Plaintiff files this action within ninety (90) days of receipt of that Notice.

9. Plaintiff has exhausted all required administrative remedies as to the claims asserted in this Complaint.

## IV. FACTUAL ALLEGATIONS

10. Plaintiff was employed at Defendant's Store #456 located at 100 Citadel Drive, Commerce, California.

11. On or about October 26, 2024, Plaintiff was subjected to discriminatory and harassing conduct by multiple employees and supervisors.

12. The General Manager, Loni, made a derogatory and back-handed comment regarding Plaintiff's hair, which Plaintiff perceived as racially motivated.

13. An associate named Earnestina physically pulled Plaintiff's hair without consent.

14. Another associate, Andy, referred to Plaintiff as "gay," despite Plaintiff not identifying as homosexual. This comment was unwanted, inappropriate, and discriminatory.

2

15. Plaintiff was subjected to excessive and targeted scrutiny in the workplace by an employee named Edgar, beyond what similarly situated employees experienced.

16. Plaintiff was required to close a department alone despite being new to the organization, without adequate support or training.

17. Plaintiff reported the conduct to a manager named Lydia, who informed Plaintiff that the General Manager "owns her actions," and no corrective action was taken.

18. The discriminatory conduct was severe and pervasive, creating a hostile work environment.

19. As a result of Defendant's failure to address the misconduct, Plaintiff was forced to resign, amounting to constructive discharge.

## V. FIRST CAUSE OF ACTION

(Discrimination- Title VII)

20. Plaintiff realleges paragraphs 1 through 19.

21. Defendant subjected Plaintiff to discrimination based on protected characteristics in violation of Title VII.

## VI. SECOND CAUSE OF ACTION

(Hostile Work Environment - Title VII)

22. Plaintiff realleges paragraphs 1 through 21.

23. Defendant allowed a hostile work environment through harassment, inappropriate comments, physical contact, and unequal treatment.

## VII. THIRD CAUSE OF ACTION

(Retaliation / Constructive Discharge - Title VII)

24. Plaintiff realleges paragraphs 1 through 23.

25. Defendant's failure to remedy the harassment forced Plaintiff to resign, constituting constructive discharge.

3

## VIII. DAMAGES

26. Plaintiff suffered emotional distress, humiliation, and loss of employment.

27. Plaintiff seeks compensatory damages, punitive damages, and any other relief permitted by law.

## IX. PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court:

a. Enter judgment in favor of Plaintiff

b. Award compensatory and punitive damages

c. Award costs of suit

d. Grant such other relief as the Court deems just and proper

## X. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

DATED: 1/13/26

Respectfully submitted,

Terrence Jomar Little
Plaintiff, Pro Se
6525 S Normandie Ave Apt 101
Los Angeles, California, 90044
239-245-0302
Littlebuzinezz@gmail.com