**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRENCE JOMAR LITTLE, | Case No. 2:26-cv-00350-PA (DFMx) |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| v. | |
| MICHAEL KORS STORES, CALIFORNIA, LLC, et al., | |
| Defendants. | |

In accordance with the Court's March 16, 2026 Minute Order dismissing this action for failure to comply with the Court's Orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED:  March 16, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE